## 20cv222 ORDER

This civil case is before the Court on Plaintiffs' motion for leave to file a second amended complaint. Doc. 24.

Pursuant to Fed. R. Civ. P. 15(a)(2), "[t]he [C]ourt should freely give leave when justice so requires." Accordingly, in the interest of justice, Plaintiffs' motion for leave to file a second amended complaint (doc. 17) is GRANTED. Plaintiffs are ORDERED to file their second amended complaint within SEVEN (7) DAYS of the entry of this Order.

IT IS SO ORDERED.

*[signature]*
UNITED STATES DISTRICT JUDGE


_____
UNITED STATES MAGISTRATE JUDGE